IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeffrey Lynne Haren, ) | C/A No.: 9:15-cv-3677 DCN BM |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| J. Meeks, *Warden, F.C.I. Williamsburg*, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before this court pursuant to petitioner's Objection to the Report and Recommendation of the Magistrate Judge. This objection was filed on November 23, 2015. In the Magistrate Judge's Report and Recommendation, he recommended dismissing the case without prejudice for failure of the petitioner to comply with the court's order to bring his case into proper form. It appears from the record that petitioner has recently paid the filing fee. It is therefore

**ORDERED** that the Report and Recommendation be reversed and the case be remanded to the Magistrate Judge for further handling.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 2, 2015
Charleston, South Carolina